Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 511 - 2 | **DATE** | 7/1/08 |
| **CASE TITLE** | USA vs. Jaime Chavez | | |

**DOCKET ENTRY TEXT**

Detention hearing and Preliminary examination reset to 7/9/08 at 11:30 a.m. pursuant to the request of the defendant's counsel. John DeLeon is granted leave to file his appearance as counsel for Defendant. The Defendant is ordered detained until further order of Court. *AK*

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|