

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 511 - 2 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA v Jaime Chavez | | |

**DOCKET ENTRY TEXT**

Preliminary examination held. Gal Pissetzky is granted leave to file his appearance as additional counsel for Defendant. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held. The Defendant will be released once certain conditions of bond are met as stated on the record. The Defendant is ordered detained until further order of court.

Docketing to mail notices.

2:00

U.S. DISTRICT COURT
CLERK
2008 JUL 10 PM 1:10
FILED-ECF

| | Courtroom Deputy Initials: | AC |
|---|---|---|