08 GJ 693

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| CASE NUMBER | 08 CR 0511 | DATE | July 23, 2008 |
| CASE TITLE | US v. JAVIER OCHOA AND JAIME CHAVEZ | | |

JUDGE PALLMEYER
MAGISTRATE JUDGE KEYS

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL MARCH 2007-** Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _Michael T. Mason_

**Docket Entry:**

NO BOND SET, DETAINED BY MAGISTRATE.

FILED
JUL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE              (ONLY IF FILED
OR MAGISTRATE JUDGE              UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#