# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 511 - 2 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. Jaime Chavez | | |

**DOCKET ENTRY TEXT**

Gal Pissetzky and John R. De Leon granted leave to withdraw as counsel for Defendant. Rose Lindsay appointed as counsel for Defendant. Arraignment held. Defendant Jaime Chavez enters plea of not guilty to all counts. 16.1 conference to be held by or on 8/5/2008. Pretrial motions to be filed by or on 8/15/2008. Status hearing set for 8/27/2008 at 10:00 AM. Excludable time to begin pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|