# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. OCHOA
FOR AT: FILED 7-29-08 / JUL 29 2008 / JUDGE REBECCA R. PALLMEYER / UNITED STATES DISTRICT COURT

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): JAIME CHAVEZ

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 
District Court: 08CR511-2
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: 
- IF YES, how much do you earn per month? $ 
- IF NO, give month and year of last employment. How much did you earn per month? $ JUNE 2008 / 3400$
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ 
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ / THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ 

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- VALUE / DESCRIPTION
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ [redacted] 2008 Chevy Avalanche (owes 40,000) / 2008 Ford Focus (owes 19,000)

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| utilities | $ 900 | $ 300 / 80 |
| credit cards | $ | $ 900 |
| rent | $ | $ 1200 |
| car payments | $ | $ 90 |
| insurance | $ | $ |
| cell phone | | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 7-29-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Jaime Chavez