Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 511 - 1, 2 | **DATE** | 8/11/2008 |
| **CASE TITLE** | USA vs. Javier Ochoa, Jaime Chavez | | |

**DOCKET ENTRY TEXT**

Government's agreed motion for protective order [19] granted. Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|

2008 AUG 13 AM 8:22

FILED

08CR511 - 1,2 USA vs. Javier Ochoa, Jaime Chavez                                                     Page 1 of 1