## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 511 - 2 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Jaime Chavez | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/27/2008. Rose J. Lindsay granted leave to withdraw as counsel for Defendant Jaime Chavez and Joseph Lopez granted leave to file his appearance on Defendant's behalf. Status hearing set for 10/7/2008 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|